JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)      *E-FILED 8/1/08*
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI LIANG, | No. C 08-2802 RS |
|     Plaintiff, | |
| v. | **STIPULATION TO BRIEFING;** |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, et al., | **~~PROPOSED~~ ORDER** |
|     Defendants. | |

    On June 5, 2008, Plaintiff filed the above-captioned action pursuant to 8 U.S.C. § 1447(b). It now appears that this case will resolve administratively within the next 45 days. Accordingly, Plaintiff, pro se, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to modify the briefing schedule as follows:

///

///

///

///

///

///

///

STIPULATION TO BRIEFING
No. C 08-2802 RS

| | |
|---|---|
| Defendants' Motion to Remand: | September 24, 2008 |
| Plaintiff's Opposition: | October 8, 2008 |
| Defendants' Reply: | October 15, 2008 |
| Hearing: | October 29, 2008, at 9:30 a.m. |

Dated: July 30, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: July 30, 2008

/s/
LI LIANG
Pro Se

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The ADR Certification, Case Management Statement, and Case Management Conference dates are hereby VACATED. Defendants shall file the Motion to Remand no later than September 24, 2008. Plaintiff's opposition shall be due October 8, 2008, and Defendants' reply, if any, October 15, 2008. The matter shall be heard on October 29, 2008, at 9:30 a.m.

Date:   August 1, 2008

RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO BRIEFING
No. C 08-2802 RS                                    2