| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney<br>JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division<br>MELANIE L. PROCTOR (CSBN 228971)<br>Melanie.Proctor@usdoj.gov<br>Assistant United States Attorney | *E-FILED 9/11/08* |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LI LIANG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary, U.S.<br>Department of Homeland Security, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 08-2802 RS<br><br><br><br>**STIPULATION TO DISMISSAL;**<br>~~**PROPOSED**~~ **ORDER** |

　　　　Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

///

///

///

///

STIPULATION TO DISMISSAL
No. C 08-2802 RS

1  Each of the parties shall bear their own costs and fees.

2  Dated: September 11, 2008                                  Respectfully submitted,

3                                                             JOSEPH P. RUSSONIELLO
                                                              United States Attorney
4

5                                                                    /s/
                                                              _____
                                                              MELANIE L. PROCTOR[1]
6                                                             Assistant United States Attorney
                                                              Attorneys for Defendants
7
   Dated: September 11, 2008
8
                                                                     /s/
9                                                             _____
                                                              LI LIANG
                                                              Pro Se
10

11                         **[PROPOSED] ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby

13  TERMINATED.  The Clerk shall close the file.

14  Date:  9/11/08
                                                              _____
15                                                            RICHARD SEEBORG
                                                              United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISSAL
No. C 08-2802 RS                            2